GCB
1/7/21

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Michael James STEVENS,<br><br>Defendant. | Case No.:   21MJ0033<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 21 U.S.C. §§ 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |
|---|---|

The undersigned complainant being duly sworn states:

On or about January 6, 2021, within the Southern District of California, Michael James STEVENS, did knowingly and intentionally import 500 grams and more, to wit: approximately 1.02 kilograms (2.25 pounds), of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Special Agent Kaitlyn Gombar
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 7th day of January 2021.

HON. DANIEL E. BUTCHER
U.S. MAGISTRATE JUDGE

## STATEMENT OF FACTS

On January 6, 2021, at approximately 5:40 PM, Michael James STEVENS, ("STEVENS"), a United States citizen, attempted to enter the United States from Mexico through the San Ysidro Port of Entry in vehicle lane #16. STEVENS was the driver, sole occupant, and registered owner of a 2012 GMC Terrain ("the vehicle") bearing California license plates.

A Canine Enforcement Team was conducting pre-primary inspection when the Narcotics Human Detection Dog ("NHDD") alerted to a trained odor emanating from the vehicle.

A Customs and Border Protection Officer ("CBPO") received two negative Customs declarations from STEVENS. STEVENS stated he was crossing the border to go to Santee, California. The CBPO referred the vehicle for further screening.

Further inspection of the vehicle resulted in the discovery of 3 packages concealed in the center console of the vehicle. The packages contained a substance, a sample of which field tested positive for the characteristics of methamphetamine, with a total approximate weight of 1.02 kgs (2.25 lbs.)

STEVENS was placed under arrest at approximately 7:55 PM on January 6, 2021.

During a post-Miranda interview, STEVENS admitted knowledge that the narcotics and was being paid $600 USD to transport the narcotics across the border.

1

1 | STEVENS was arrested and charged with a violation of Title 21, United States
2 | Code, 952 and 960, importation of a controlled substance.