UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  21MJ0033 |
| Plaintiff, | ORDER AND FINDINGS OF FACT |
| v. | |
| Michael James STEVENS, | |
| Defendant. | |

1.      On December 9, 2020, the Chief United States District Judge of the Southern District of California entered an Order suspending jury trials and other proceedings scheduled to begin before January 11, 2021. See Order of the Chief Judge No. 52, In The Matter Of Renewed Suspension Of Jury Trials And Other In-Person Proceedings During the COVID-19 Public Emergency (Revised). On January 4, 2021, the Chief Judge extended that suspension until January 22, 2021. See Order of the Chief Judge No. 52B. These Orders, which are hereby incorporated by reference, were imposed based on the statewide Regional Stay at Home Order issued on December 3, 2020, which was recently indefinitely suspended by the Governor of the State of California, the "an unprecedented surge in the level of community spread of COVID-19" and the order issued by the County of San Diego on December 6, 2020, implementing the state order.  Under both the state and county orders, "indoor operations in which people congregate are generally restricted to 20% of the usual capacity of the facilities in which the operations occur."  "Among the effects of this resurgence in the COVID-19 virus are (1) restricted access by criminal defense counsel to

federal detention facilities in which their clients are being held; (2) increased apprehension on the part of counsel, witnesses, parties, the public, and Court staff of being personally present in the courtroom; and (3) increased difficulty in summoning and empaneling the required number of trial and grand jurors." In light of the public health restrictions and in order to protect public safety and prevent the spread of the COVID-19 virus, the Court has suspended "all proceedings under Federal Rule of Criminal Procedure 5.1" as well as "[a]ll grand jury proceedings" until January 22, 2021, or further order of the Court.

    2.   Due to the effect of the public health recommendations on the ability of grand jurors and counsel to be present in the courtroom in light of the recent outbreak of COVID-19 and the well-documented concerns surrounding this virus, the time period for presentment to the grand jury in this case will be extended until February 2, 2021. The time period between today's date and February 2, 2021, will also be excluded under the Speedy Trial Act. For the reasons outlined in Orders of the Chief Judge Nos. 52A and 52B, the Court specifically finds that the ends of justice served by ordering the extension outweighs the best interests of the public and any defendant's right to a speedy trial, pursuant to 18 U.S.C. § 3161(h)(7)(A). In addition, pursuant to 18 U.S.C. § 3161(h)(7)(B)(i) and (iii), the Court finds that a miscarriage of justice would result if time were not excluded under these unique circumstances, during which it is unreasonable to expect return and filing of the indictment within the period specific in § 3161(b).

3. The Court also finds that "extraordinary circumstances exist and justice requires" that defendant's preliminary hearing be continued beyond the 14-day deadline of Fed. R. Crim. P. 5.1(c). As outlined in the Order of the Chief Judge, there is "an unprecedented surge in the level of community spread of COVID-19". As a result, the Court has suspended "all proceedings under Federal Rule of Criminal Procedure 5.1" until January 22, 2021. For these reasons, the deadline for holding a preliminary hearing in this case will be extended to February 2, 2021, absent further order from this Court.

IT IS SO ORDERED.

DATED: January 7, 2021

_____
Hon. Daniel E. Butcher
United States Magistrate Judge