**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                   Plaintiff,<br><br>   v.<br><br>MICHAEL JAMES STEVENS,<br><br>                   Defendant. | Case No. _____<br><br>**I N F O R M A T I O N**<br><br>Title 21, U.S.C.,<br>Secs. 952 and 960 -<br>Importation of<br>Methamphetamine (Felony) |

The United States Attorney charges:

On or about January 6, 2021, within the Southern District of California, defendant, MICHAEL JAMES STEVENS, did knowingly and intentionally import 50 grams and more, to wit: approximately 1.02 kilograms (2.25 pounds) of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: February 18, 2021.

                                      ROBERT S. BREWER, JR.
                                      United States Attorney

                                      AMY B. WANG
                                      Assistant U.S. Attorney

ABW:cm:2/16/2021